UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL OKPOR
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

OSCAR SAFARI WILLIAMS
SANDRA M. CLERK
SMP MOTORS
SWEET MOTHER INC
SANDRA CLERK WILLIAMS
OLA SOLANIKE
ENGLE STREET LLC
JOHN DOE 1 - 10
VSHIP

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              MICHAEL OKPOR
            Street Address    P. O BOX 604
            County, City      BERLIN
            State & Zip Code  NJ  08009
            Telephone Number  856-883-4176

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 6
Name __SMP__
Street Address __8111 ACCOMAC ROAD__
County, City __WYNCOTE__
State & Zip Code __P.A. 19095__

Defendant No. 7
Name __SWEET MOTHER LLC__
Street Address __8111 ACCOMAC ROAD__
County, City __WYNCOTE__
State & Zip Code __PA. 19095__

Defendant No. 8
Name __JOHN DOI - 10__
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: OSCAR SAFARI WILLIAMS
Street Address: 8111 ACCOMAC ROAD
County, City: WYNCOTE
State & Zip Code: PA, 19095.

Defendant No. 2
Name: SANDRA M CLERK
Street Address: 8111 ACCOMAC ROAD
County, City: WYNCOTE
State & Zip Code: PA, 19095

Defendant No. 3
Name: OLA SOLANKE
Street Address: UNIT 712 8400 LINBERGH BLVD
County, City: PHILADEPHIA P.A
State & Zip Code: 19153

Defendant No. 4
Name: ENGLE STREET LLC
Street Address: UNIT 712 8400 LINBERGH BLVD
County, City: PHILADEPHIA P.A
State & Zip Code: 19153

Defendant 5
V SHIP
36-36, 33rd STREET 405
LONG ISLAND CITY, NY 11106.

II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [✓] Federal Questions     [✓] Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? THIEFT OF AUTOMOBILE AND PROPERTIES FROM BERLIN NEW JERSEY TO CHESTER P.A EVENTUALLY SHIP THEM TO NIGERIA WEST AFRICA. FRAUD AND BREACH OF CONTRACT.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship   MICHAEL OKPOR NEW JERSEY U.S.A

Defendant(s) state(s) of citizenship   PENNSYLVANIA, NIGERIA AND USA NEW YORK.

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?   BETWEEN AUGUST 10TH 2021 TO FEBUARY 28TH 2022. THIEFT OF AUTOMOBILE, THIEFT OF PROPERTIES BY DECEPTION AND BREACH OF CONTRACT. FRAUD

B. What date and approximate time did the events giving rise to your claim(s) occur?   BETWEEN AUGUST 10TH 2021 TO FEBUARY 28TH 2022

C. Facts:   THE DEFENDANTS CONSPIRED TO STEAL MY AUTOMOBILES, GOODS AND COMMODITIES SHIP THEM TO AFRICA DENIED PLAINTIFF ACCES TO HIS PERSONAL GOODS.
DEFENDANTS OSCAR WILLIAMS BORROWED OVER $20,000 FROM PLAINTIFF. OSCAR WILLIAMS TRICK ME TO MOVE ALL MY GOODS IN FOUR STORAGE UNIT IN NEW JERSEY TO HIS WEARHOUSE AT CHESTER PA. IMMEDIATLY THE GOODS ARRIVE OSCAR DENIED PLAINTIFF ACCESS TO HIS GOOD, HE THEN LOCK IT START SELL THEM.
ALL DEFENDANTS INVOLVED AND CONSPIRED TO DENIED PLAINTIFF HIS GOODS AND PROPERTIES. OSCAR WILLIAMS BORROWED OVER $20,000 FROM PLAINTIFF TO BUY SOLAR PANEL TO AFRICA AND DENIED PAYING PLAINTIFF HIS MONEY BACK.
MY FAMILIES, CHESTER POLICE DEPARTMENT AND MORE OTHERS.

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____ N/A _____

_____

_____

_____

_____

_____


V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I WANT THIS COURT TO ENTERED JUDGEMENT IN FAVOR OF PLAINTIFF IN THE AMOUNT OF $156,000 PLUS INTREST AGAINST EACH DEFENDANT ON THIS CASE.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of MARCH, 20 22

Signature of Plaintiff MICHAEL OKPOR
Mailing Address P.O BOX 604
BERLIN NJ
08009
Telephone Number 856-883-4176
Fax Number *(if you have one)* _____
E-mail Address Michael.Okpor@yahoo.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __MICHAEL OKPOR__

Address of Defendant: __P.O BOX 604 BERLIN NJ 08009__

Place of Accident, Incident or Transaction: __CHESTER PA__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [ ] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __3/15/22__  __Michael Okpor__  _____
                   *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A. **Federal Question Cases:**
 1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
 2. [ ] FELA
 3. [ ] Jones Act-Personal Injury
 4. [ ] Antitrust
 5. [ ] Patent
 6. [ ] Labor-Management Relations
 7. [ ] Civil Rights
 8. [ ] Habeas Corpus
 9. [ ] Securities Act(s) Cases
 10. [ ] Social Security Review Cases
 11. [✓] All other Federal Question Cases
   *(Please specify):* __THEFT, FRAUD AND BREACH OF CONTRACT__

B. **Diversity Jurisdiction Cases:**
 1. [ ] Insurance Contract and Other Contracts
 2. [ ] Airplane Personal Injury
 3. [ ] Assault, Defamation
 4. [ ] Marine Personal Injury
 5. [ ] Motor Vehicle Personal Injury
 6. [ ] Other Personal Injury *(Please specify):* _____
 7. [ ] Products Liability
 8. [ ] Products Liability – Asbestos
 9. [ ] All other Diversity Cases
   *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __MICHAEL OKPOR__, counsel of record *or* pro se plaintiff, do hereby certify:

[✓] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: __3/15/22__  __Michael Okpor__  _____
                   *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

|   |   |   |
|---|---|---|
|   | : | CIVIL ACTION |
| v. | : |   |
|   | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

3/15/22                          Michael Dicpu
Date                             Pro Se Plaintiff

856-883-4176                     Michaeloockpor@yahoo.com
Telephone          FAX Number    E-Mail Address

(Civ. 660) 10/02

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)  The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)  In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)  The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)  Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)  Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

### SPECIAL MANAGEMENT CASE ASSIGNMENTS
(See §1.02 (e) Management Track Definitions of the
Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.