IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL OKPOR** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-1074 |
| | : | |
| **OSCAR SAFARI WILLIAMS, SANDRA M. CLERK, SMP MOTORS, SWEET MOTHER INC., SANDRA CLERK WILLIAMS, OLA SOLANKE, ENGLE STREET LLC, JOHN DOE 1-10, VShip** | : : : : : | |

## ORDER

**AND NOW**, this 13th day of March 2025, upon consideration of the motions seeking relief from default judgment (DI 86, DI 87, DI 94), it is **ORDERED** that we grant the moving parties relief from judgment in DI 83 and lift the default entered against them **contingent on filing a timely response to Mr. Okpor's amended complaint**.

The Clerk of Court is directed to lift the entry of default as to **only** Oscar Safari Williams, Sandra M. Clerk, SMP Motors, Sweet Mother Inc., Sandra Clerk Williams, and VShip. The default against Ola Solanke and Engle Street LLC remains in place.

Defendants shall respond to Mr. Okpor's amended complaint within fourteen days of this order. No extensions will be permitted absent exigent circumstances. As detailed in our memorandum opinion, we find the original complaint, DI 2, incorporated by reference in the amended complaint, DI 32. Therefore, defendants' responses to the amended complaint must respond to all allegations in both DI 2 and DI 32. Should defendants fail to respond to the amended complaint within the deadline, we will strike any untimely response and reinstate the default judgment.

_____
MURPHY, J.