## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL OKPOR** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-1074** |
| | : | |
| **OSCAR SAFARI WILLIAMS, SANDRA** | : | |
| **M. CLERK, SMP MOTORS, SWEET** | : | |
| **MOTHER INC., SANDRA CLERK** | : | |
| **WILLIAMS, OLA SOLANKE, ENGLE** | : | |
| **STREET LLC, JOHN DOE 1-10, VSHIP** | : | |

## ORDER AND JUDGMENT

**AND NOW**, this 20th day of April 2026, upon considering plaintiff's motion to enter default judgment against defendants and corresponding motion hearing (DI 61), plaintiff's supplemental motions (DI 62, 63), plaintiff's motion for default judgment (DI 77), defendants' motion for summary judgment (DI 135), plaintiffs opposition (DI 137) and counsel Olivia Gabriel's motion to withdraw (DI 140) it is **ORDERED** that **DEFAULT JUDGMENT** is entered in favor of plaintiff, and other orders, as set forth below:

1.      Defendants Sandra M. Clerk, SMP Motors, Sweet Mother, Inc., Sandra Clerk Williams's motion for summary judgment (DI 135) is **GRANTED.**  Accordingly, those defendants are **DISMISSED.**

2.      Attorney Gabriel's motion to withdraw (DI 140) is **GRANTED.**

3.      Plaintiff's motions seeking default judgment relief (DI 61, 62, 63, and 77), are **GRANTED in part**.

4.      The Clerk of the Court shall **ENTER DEFAULT JUDGMENT** in favor of plaintiff and against only defendant Oscar Safari Williams under Fed. R. Civ. P. 55(b)(2), and shall **CLOSE** this case.

5.      Judgment for Mr. Okpor against Oscar Safari Williams is in the total amount of **$160,174**, consistent with Mr. Okpor's satisfactory establishment of liability, ownership of the listed property, and value of the listed property, as follows:[1]

| Item | Relevant docket items | Value |
|---|---|---|
| 2001 Toyota Sequoia | DI 61 at 9, 11-12 <br> DI 78 at 13 | $4,877 |
| 2004 Toyota Rav 4 | DI 61 at 9, 13-14 <br> DI 78 at 13 <br> DI 78 at 9 | $5,267 |
| 2007 Chevy Silverado | DI 61 at 9, 16 <br> DI 78 at 13 <br> DI 78 at 7 | $12,934 |
| 2003 Ford F250 | DI 61 at 32 <br> DI 62 at 3-4 <br> DI 68 at 34 <br> DI 78 at 15 | $12,006 |
| 14 Montague Night Vision Camera | DI 61 at 34-35 | $3,220 |
| 12 "used apple laptops & iPad computers" | DI 61 at 36 | $7,820 |
| 12 Xerox 533 11/CH mono Laser | DI 61 at 37 | $1,500 |
| 25 photocopy machines used -- Xerox and Canon | DI 61 at 38 | $8,750 |
| 50 Solar panels | DI 61 at 38 | $9,250 |
| 17 pieces of whirlpool x Frigidaire refrigerators | DI 61 at 38 | $7,650 |
| 2 "Solar Kits Panel Batteries" | DI 61 at 38 | $7,800 |
| 7 "iPad computer(s)" <br> 10 "Apple Computer(s)" | DI 61 at 39 | $3,400 |
| Clothing | DI 61 at 40 | $2,100 |
| 15 Apple laptop computers | DI 61 at 40 | $2,900 |
| 6 Dell laptops <br> 4 Dell laptops | DI 61 at 41-42 | $5,700 |
| 45 "Auto engines with transmissions on them" for Toyotas and Hondas | DI 63 at 4 | $65,000 |
| **TOTAL** | | **$160,174** |

---

[1] *See* DI 75 (our previous order) and DI 78 (Mr. Okpor's final supplement) for additional information.  Mr. Okpor made other claims for which he did not submit adequate proof of ownership or value, not discussed here.

**MURPHY, J.**